417 A.2d 773

Commonwealth v. Miller, Appellant.

Submitted March 12, 1979.  Blake E. Martin, for appellant;  John F. Nelson, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WIEAND and HOFFMAN, JJ.

Judgment of sentence affirmed.

417 A.2d 773

Commonwealth v. Quinnan, Appellant.

Submitted March 12, 1979.  John J. Moran, II, for appellant; Floyd P. Jones, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, HESTER and MONTGOMERY, JJ.

Order affirmed.

* Justice Rolf Larsen of the Supreme Court of Pennsylvania, and Judge John E. Lavelle of the Court of Common Pleas of Schuylkill County, Pennsylvania, are sitting by designation.